IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| WILLIAM A. SHIPLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-CV-02180 |
| | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS

In accordance with Fed. R. Civ. P. 12(b)(6), the defendants move this Court to dismiss the plaintiff's complaint for failure to state a claim upon which relief can be granted. The legal bases for this motion are fully set forth in the brief filed herewith.

ERIC F. MELGREN
United States Attorney


 /s/ LaQuita Taylor-Phillips
LAQUITA TAYLOR-PHILLIPS
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7945
Facsimile: (202) 514-6770

1776657.1