IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **WILLIAM A. SHIPLEY,**         ) | |
| )   | |
| **Plaintiff,**    ) | |
| ) | **CIVIL ACTION** |
| v.                    ) | |
| ) | **No. 06-2180-CM** |
| ) | |
| ) | |
| **THE UNITED STATES, ET AL.,**   ) | |
| ) | |
| **Defendants.**    ) | |

## SHOW CAUSE ORDER

Plaintiff filed the instant action on May 5, 2006. On August 25 2006, defendant filed a motion to Dismiss (Doc. 6). Plaintiff has failed to timely submit a response to the pending motion. Rule 7.4 of the Rules of Practice provides that the "failure to file a brief or response within the time specified within [Rules 6.1 and 7.1(c)] shall constitute the waiver of the right thereafter to file such brief or response, except upon a showing of excusable neglect." D. Kan R.7.4.

Plaintiff is therefore directed to show cause, in writing, on or before October 16, 2006, why defendant's motion (Doc. 6) should not be granted. Plaintiff is further directed to file a response to defendant's motion on or before October 23, 2006. Where plaintiff fails to respond to this order, the court will consider defendant's motion (Doc. 6) without the benefit of plaintiffs' response, as set out in Rule 7.4.

**IT IS SO ORDERED**.

Dated this 11th day of October 2006, at Kansas City, Kansas.

s/ Carlos Murguia
CARLOS MURGUIA

                          United States District Judge