October 15, 2006

**FILED**

OCT 1 7 2006

Judge Carlos Murguia
The United States District Court
500 State Avenue
Kansas City, KS 66101

RALPH L. DeLOACH, Clerk
By_____Deputy

Dear Judge Murguia:

This is in reply to your order to show cause in the United States District Court. The deadline for response was shown as October 16th, 2006. However, I did not receive it until yesterday, mid-day Saturday, October 14th, 2006.

There are a number of salient points to cover.

1. My "failure" to respond was because the defendants failed to get a copy of the motion to me, the Plaintiff. When I got the letter from the court mid-day Saturday, Oct. 14, was the first that I heard anything about any such alleged motion!

2. Had I any knowledge of the alleged motion, I would have most definitely responded, except I would have responded in the correct court.

3. I did not file the action referred to in the Show Cause Order in the United States District Court. I do not have any action active in the United States District Court, nor do I have any active action against me in the United States District Court.

4. Since I have no active case in the United States District Court, I have no standing to file anything with that court.

5. I will not be able to respond to the alleged motion because the defendants failed to provided me a copy of the alleged motion. As a Result, I have no knowledge to what specifically I need to respond. However, I will file a motion in the correct court before the date you gave me to respond to the defendant's motion.

6. The order was not signed. The place where the signature should have been had only a typed name.

Respectfully yours,

*William A. Shipley*

William A. Shipley, Plaintiff
In propia personia
10715 W. 90th Ter.
Overland Park, Kansas
P.O. ID. Code: 66214