# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| William A. Shipley | ) |
| Plaintiff | ) |
| v. | ) |
| The United States | ) |
| and | ) |
| | ) Case No 06-2180 cm |
| The Internal Revenue Service, an entity of the United States of America | ) |
| and | ) |
| the government entity known as: THE UNITED STATES OF AMERICA | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff prays for this court to enter a summary judgment in favor of the Plaintiff for the following reason:

<u>Defendant failed to respond to plaintiff's Civil Complaint in this court.</u>

Rule 7.4 of the Rules of Practice provides that the "failure to file a brief or response within the time specified within [Rule 6.1 and 7.1(c)] shall constitute a waiver of the right thereafter to file such a brief or response, except upon the showing of excusable neglect." D. Kan. R.7.4.

1