IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM A. SHIPLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-02180 |
| ) | |
| UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' RESPONSE TO
PLAINTIFF'S "MOTION FOR SUMMARY JUDGMENT"

Plaintiff William Shipley has filed a pleading titled "Motion for Summary Judgment." He contends that the Court should enter summary judgment in his favor because the defendants have not responded to his complaint.

The Court should deny the plaintiff's motion. Contrary to his contention, the United States timely responded to his complaint by filing a motion to dismiss it under Fed. R. Civ. P. 12(b)(6).[1]  See Docket Numbers 6 and 7.

---

[1] The plaintiff's motion also fails to comply with the requirements of Fed. R. Civ. P. 56 and Local Rule 56.1.

2077108.1

## CONCLUSION

Based on the foregoing, the Court should deny the plaintiff's "Motion for Summary Judgment."

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

 /s/ LaQuita Taylor-Phillips
LAQUITA TAYLOR-PHILLIPS
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7945
Facsimile: (202) 514-6770

Dated: December 8, 2006.

2077108.1