IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| William A. Shipley ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| The United States ) | |
| ) | |
| and ) | |
| ) Case No: 06-2180 cm |
| The Internal Revenue Service, an ) | |
| entity of the United States of America ) | |
| ) | |
| and ) | |
| ) | |
| the government entity known as: ) | |
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |

### Response to defendant's Motion to Dismiss

There are three salient points the court must consider.

    1. The Plaintiff is responding to this Motion to Dismiss in the District Court of the United States in an informational response for the correct court. Since the Plaintiff has no action filed in the United States District Court, he cannot answer in that court, nor will he accept the jurisdiction of that court.

    2. If the defendant did in fact file this motion, he did not insure that the plaintiff received a copy. The plaintiff <u>did not</u> receive any such document. The first the Plaintiff knew about the alleged answer was when the "Show Cause" order from the United States District Court was delivered on Saturday, October 14, 2006.

3. The Defendant sent the motion to which this brief answers to the <u>United States District Court</u>, which is the <u>incorrect court</u>. The Plaintiff filed his complaint in the <u>District Court of the United States</u>, as the United States Code, the IRC and sundry case law requires.

Therefore, inasmuch as the Defendant's attorneys clearly and deliberately is trying to avoid the correct court, AND did not send the alleged reply to the Plaintiff, the Plaintiff opposes the Defendant's motion to dismiss if it should find its way into the District Court of the United States, and re-affirms the correctness of his Motion for Summary Judgment.

*William A. Shipley* PLAINTIFF          Date: 12-16-2006

William A. Shipley
c/o 10715 W. 90th Ter.
Overland Park, Kansas
P.O. ID Code: 66214

I hereby certify that I witnessed true copies of this document, addressed to:

        The District Court of the United States
        500 State Avenue
        Kansas City, Kansas 66101

and

        Laquita Taylor Phillips, United States Attorney
        Civil Trial Section, Central Region
        P.O. Box 7238
        Washington, D.C. 20044

and sent by with proof of mailing, being deposited in the United

States Post Office on _____12-15-2006_____
                                          Date

_____[signature]_____
Signature

1