IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM A. SHIPLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-02180 |
| ) | |
| UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' MOTION TO FILE UNILATERAL
REPORT REGARDING SCHEDULING AND DISCOVERY

The United States requests that the Court permit it to file a unilateral report regarding scheduling and discovery in this case for the following reasons:

1. On December 8, 2006, counsel for the United States sent a letter by FedEx to pro se defendant William Shipley informing him that in accordance with the Court's Initial Order Regarding Planning and Scheduling, the parties to this action must confer by January 2, 2007 and complete a joint Report of Parties Planning Conference. See Government Ex. A. Additionally, counsel enclosed a copy of the Court's Order and the form which details what the report should contain. Id. The letter also requested the defendant to make contact with the undersigned counsel by telephone on Tuesday, December 19, 2006 at 10:00 am (central time) so that he and the undersigned could discuss the information that must be included in the report. Id. The undersigned counsel also provided the defendant her facsimile number and e-mail address so that he could provide an alternate time for their conference if he could not call at that time. Id. The defendant failed to telephone the undersigned counsel on December 19, 2006 or arrange an alternate conference date and time.

2

2. On December 21, 2006, counsel for the United States sent a second letter by FedEx to the defendant again asking him to contact her on January 2, 2007 so that they could discuss the information that must be included in the report. See Government Ex. B. The undersigned counsel again asked the defendant to provide an alternate date and time if he could not make contact on January 2, 2007. Id. Counsel for the United States also informed the defendant of her attempt to reach him at the telephone number reflected on his complaint; however, that number was disconnected. Id. Although the undersigned's office was closed on January 2, 2007, the undersigned checked her voice mail that day and determined that there was no message from the defendant. To date, the defendant has not contacted this office about the planning conference.

3. Because the defendant has refused to confer and prepare a joint Report of Parties Planning Conference as required by the Court's Order, the United States requests that it be permitted to unilaterally file a report regarding scheduling and discovery in this case. That document and a proposed Order regarding this motion has been submitted to the Court's e-mail address.

## CONCLUSION

Based on the foregoing, the United States requests the Court permit it to file a unilateral report regarding scheduling and discovery in this case.

Dated:   January 9, 2007               ERIC F. MELGREN
                                       United States Attorney

                                         /s/ LaQuita Taylor-Phillips
                                       LAQUITA TAYLOR-PHILLIPS
                                       Trial Attorney
                                       Tax Division
                                       U.S. Department of Justice
                                       Post Office Box 7238
                                       Ben Franklin Station
                                       Washington, D.C.  20044
                                       Telephone: (202) 305-7945
                                       Facsimile: (202) 514-6770

2141955.1