

U.S. Department of Justice

Tax Division



Facsimile No. (202) 514-6770
*Attorney's Direct Line:* (202) 305-7945

Please reply to:   Civil Trial Section, Central Region
P.O. Box 7238
Washington, D.C. 20044

EJO'C:SGH:LJTAYLOR-PHILLIPS
5-29-7204
CMN 2006103721

December 8, 2006

FedEx
William Shipley
10715 West 90th Terrace
Overland Park, Kansas 66214

Re:   William A. Shipley v. United States, et al.
   Case No. 06-02180-CM-GLR  (USDC D. Kan.)

Dear Mr. Shipley:

I am the attorney representing the defendants in the above-referenced action. In accordance with the Court's Initial Order Regarding Planning and Scheduling, we must confer by January 2, 2007 to complete a joint Report of Parties' Planning Conference. This report must be filed with the Court by January 9, 2006. I have enclosed a copy of the Court's Order and the form which details what the report should contain.

I request that you telephone me at (202) 305-7945 on Tuesday, December 19, 2006, at 10:00 a.m. (central time) so that we may discuss the information that must be included in our report. If you cannot call me at that time, please provide me in advance an alternate time for that day. I can be reached at the telephone and facsimile numbers above or by e-mail at LaQuita.Taylor-Phillips@usdoj.gov to arrange an alternate time. Once we have conducted our conference, I will send you a draft of our report for your approval and signature so that it can be submitted to the Court.

Please be advised that if you fail to confer and execute the report, I will seek the Court's permission to file a unilateral report.

Sincerely yours,

LAQUITA TAYLOR-PHILLIPS
Trial Attorney

Enclosures