

U.S. Department of Justice

Tax Division



GOVERNMENT EXHIBIT
B

Please reply to: Civil Trial Section, Central Region
P.O. Box 7238
Washington, D.C. 20044

Facsimile No. (202) 514-6770
Attorney's Direct Line: (202) 305-7945

EJO'C:SGH:LJTAYLOR-PHILLIPS
5-29-7204
CMN 2006103721

December 21, 2006

FedEx
William Shipley
10715 West 90th Terrace
Overland Park, Kansas 66214

      Re:   William A. Shipley v. United States, et al.
             Case No. 06-02180-CM-GLR (USDC D. Kan.)

Dear Mr. Shipley:

      By letter dated December 8, 2006, I informed you that the Court has ordered us to confer by January 2, 2007 to complete a joint Report of Parties' Planning Conference. I provided you a copy of the Court's Order and the form which details what the report should contain. I also requested you to telephone me at (202) 305-7945 on Tuesday, December 19, 2006, at 10:00 a.m. (central time) so that we could discuss the information that must be included in our report. I did not hear from you. On December 21, 2006, I attempted to reach you at the telephone number reflected on your complaint. That number, however, has been disconnected.

      Again, I request that you call me on Tuesday, January 2, 2007, at 10:00 a.m. (central time) so that we may discuss the information that must be included in our report. If you cannot call me at that time, please provide me in advance an alternate time for that day. I can be reached at the telephone and facsimile numbers above or by e-mail at LaQuita.Taylor-Phillips@usdoj.gov to arrange an alternate time. If you reach my voice mail, please leave a telephone number where you can be contacted. Once we have conducted our conference, I will send you a draft of our report for your approval and signature so that it can be submitted to the Court.

      Our report must be filed with the Court by January 9, 2007. Please be advised that if you fail to confer and execute the report, I will seek the Court's permission to file a unilateral report.

                                    Sincerely yours,

                                    LAQUITA TAYLOR-PHILLIPS
                                    Trial Attorney