# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**WILLIAM A. SHIPLEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　Case No.  06-2180-CM

**THE UNITED STATES, et al.**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed on January 18, 2007, plaintiff to take nothing and the action is dismissed on the merits.

Date:  January 18, 2007　　　　　　　　RALPH L. DeLOACH, CLERK

　　　　　　　　　　　　　　　　　　　　By: s/ Jane Stepp
　　　　　　　　　　　　　　　　　　　　　　Jane Stepp, Deputy Clerk